_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 20, 2023

Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
zachary@sarachekwlawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM CASTALDI and KARIN CASTALDI<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01168-ABL<br><br><u>**JUDGMENT AGAINST DEFENDANTS WILLIAM CASTALDI AND KARIN CASTALDI**</u> |

On October 20, 2021, Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee

1

in the above captioned matter (the "Plaintiff") filed an Adversary Complaint against William Castaldi and Karin Castaldi ("Defendants") for the avoidance and recovery of transfers pursuant to 11 U.S.C. §§ 544 and 548.

On October 6, 2022, Plaintiff filed his *Plaintiff's Motion for Summary Judgment* [ECF 47] (the "Motion for Summary Judgment"), the accompanying *Statement of Undisputed Facts* [ECF 48], and the *Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment* [ECF 50].  Defendant opposed the Motion for Summary Judgment on or around November 1, 2022 [ECF 54].  The hearing on the Motion for Summary Judgment was held on December 5, 2022, with appearances by Zachary E. Mazur, Esq. on behalf of the Plaintiff, and with no appearance by the Defendants.  The Court rendered an oral ruling on January 13, 2023, granting the motion in its entirety and stating on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(a) and (c) and 7052, and Federal Rule of Civil Procedure 52.

The Order Granting Plaintiff's Motion for Summary Judgment has been entered concurrently herewith and is incorporated herein.  Good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, Plaintiff's Motion for Summary Judgment having been granted in its entirety, JUDGMENT is hereby entered against Defendant William Castaldi and in favor of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter, in the principal amount of eight hundred seventy nine thousand five hundred dollars ($879,500), plus fees, costs, prejudgment interest, and statutory interest from the date of entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that, Plaintiff's Motion for Summary Judgment having been granted in its entirety, JUDGMENT is hereby entered against Defendant Karin Castaldi and in favor of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter, in the principal amount of forty five thousand dollars ($45,000), plus fees, costs, prejudgment interest, and statutory interest from the date of entry of this Judgment until paid in full.

**IT IS FURTHER DETERMINED** that Welscorp Inc., its Debtor affiliates, and the

Debtors' Principals were operating a Ponzi scheme, and that transfers from the Debtors are therefore presumptively fraudulent.

**IT IS FURTHER DETERMINED** that this judgment is for the recovery of money that was obtained by Defendants using false pretenses, false representations, or actual fraud for purposes of 11 U.S. Code § 523.

**IT IS FURTHER ORDERED** that the Trustee is authorized to record this judgment and take any necessary actions to recover on it.

Submitted by:
/s/ Zachary E. Mazur
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

X  The Court has waived the requirement of approval in LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the Motion.

☐  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____

APPROVE    /    DISAPPROVE    /    NO RESPONSE

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.